UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE SIDING AND INSULATION CO. a/k/a THE ALUMINUM SIDING & INSULATION CO., INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) ) | Case No. 1:11-cv-01060<br><br>Judge Lesley Wells |
| Plaintiff, | ) ) | **MOTION FOR ADMISSION** *PRO HAC VICE* **OF PHILLIP A. BOCK** |
| v. | ) ) | |
| ALCO VENDING, INC., | ) ) ) | |
| Defendant. | ) | |

Pursuant to Local Rule 83.5(h), Plaintiff, The Siding and Insulation Co., by and through counsel, hereby moves this Honorable Court to admit Phillip A. Bock *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Bock's contact information is as follows:

Phillip A. Bock
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Fax: 312-658-5555
Email: phil@bockhatchllc.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Phillip A. Bock.

WHEREFORE, Phillip A. Bock is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern

District of Ohio and Plaintiff, The Siding and Insulation Co., hereby moves for the admission of Phillip A. Bock *pro hac vice*.

Respectfully submitted,

*/s/ Scott D. Simpkins*
Scott D. Simpkins (0066775)
sdsimp@climacolaw.com
CLIMACO, WILCOX, PECA, TARANTINO &
GAROFOLI CO., L.P.A.
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this ____ day of June, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Scott D. Simpkins*
One of the Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE SIDING AND INSULATION CO. a/k/a THE ALUMINUM SIDING & INSULATION CO., INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) ) | Case No. 1:11-cv-01060<br><br>Judge Lesley Wells |
| Plaintiff, | ) ) | **MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF PHILLIP A. BOCK** |
| v. | ) ) | |
| ALCO VENDING, INC., | ) ) | |
| Defendant. | ) | |

### VERIFIED STATEMENT AND OATH OF PHILLIP A. BOCK IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Phillip A. Bock, under the authority of the rules governing admission to the United States District Court, Northern District of Ohio, Eastern Division, move this Court for permission to participate *pro hac vice* as counsel in the above-referenced case and would show the Court as follows:

1. I am the manager of the firm of Bock & Hatch, LLC, 134 N. La Salle St., Ste. 1000, Chicago, Illinois 60602, Telephone 312-658-5500, Fax 312-658-5555, Email phil@bockhatchllc.com.

2. Our firm has been counsel for The Siding and Insulation Co. in the past and The Siding and Insulation Co., through my assistance, was able to secure the services of Scott D. Simpkins, who is a practicing attorney, member of the State Bar of Ohio, and admitted to practice before this Court. Mr. Simpkins's bar registration number is 0066775. The firm address is as follows: Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A., 55 Public Square, Suite 1950, Cleveland, OH 44113.

3. I am licensed to practice in the state of Illinois, and I am an active member in good standing. I have also been admitted to practice before the United States Courts of Appeal for the Sixth Circuit, Seventh Circuit and Third Circuit, and the United States District Courts in the Northern, Central and Southern Districts of Illinois, the Northern District of Indiana, the Eastern and Western Districts of Wisconsin, and the Eastern District of Michigan.

4. I have not been the subject of a disciplinary action in the last five years by the bar or courts of any jurisdiction in which I have been licensed.

5. I have not been denied admission to the courts of any state or to any federal court during the last five years.

6. This Verified statement is accompanying a motion of Ohio attorney, Scott D. Simpkins, with whom I will be associated in the proceedings of this case, and below is an Oath per Local Rule 83.5(f).

WHEREFORE, Movant, Phillip A. Bock, prays that this Court grant him permission to participate as a non-resident attorney in the proceedings of this case.

_____
Phillip A. Bock

## OATH

Pursuant to Local Rule 83.5(f):

I, Phillip A. Bock, do solemnly swear that as an attorney of this Court, I will conduct myself uprightly, according to the law and the ethical standards of the Code of Professional Responsibility adopted by the Supreme Court of Ohio, so far as they are not inconsistent with Federal Law, and that I will support the Constitution and laws of the United States.

_____
Phillip A. Bock

SWORN and SUBSCRIBED to before me this 1st day of June, 2011.

_____
Notary Public

OFFICIAL SEAL
SYLVIA SANTOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/14

4