UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE SIDING AND INSULATION CO. a/k/a THE ALUMINUM SIDING & INSULATION CO., INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>            Plaintiff,<br><br>v.<br><br>ALCO VENDING, INC.,<br><br>            Defendant. | Case No.: 1:11-cv-1060<br><br>Judge Lesley Wells<br><br>**MOTION FOR ADMISSION** ***PRO HAC VICE*** **OF TOD A. LEWIS** |

Pursuant to Local Rule 83.5(h), Plaintiff, The Siding and Insulation Co., by and through counsel, hereby moves this Honorable Court to admit Tod A. Lewis *pro hac vice* to the United States District court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case.  Mr. Lewis' contact information is as follows:

Tod A. Lewis
Bock & Hatch, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Fax: 312-658-5555
Email: tod@bockhatchllc.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Tod A. Lewis.

WHEREFORE, Tod A. Lewis is an attorney in good standing and sufficient experience to conduct himself with acumen in the United States District Court for

the Northern District of Ohio and Plaintiff, The Siding and Insulation Co., hereby moves for the admission of Tod A. Lewis *pro hac vice*.

                Respectfully submitted,
                /s/ Scott D. Simpkins
                Scott D. Simpkins (0066775)
                CLIMACO, WILCOX, PECA,
                TARANTINO & GAROFOLICO, L.P.A.
                55 Public Square, Suite 1950
                Cleveland, OH 44113
                Telephone: 216-621-8484
                Facsimile: 216-771-1632

                Phillip A. Bock
                BOCK & HATCH, LLC
                134 N. La Salle St., Ste. 1000
                Chicago, IL 60602
                Telephone: 312-658-5500
                Facsimile: 312-658-5555

                Brian J. Wanca
                Ryan M. Kelly
                ANDERSON + WANCA
                3701 Algonquin Rd., Ste. 760
                Rolling Meadows, IL 60008
                Telephone: 847-368-1500
                Facsimile: 847-368-1501

                *Attorneys for Plaintiff*

## CERTIFICATE OF E-FILING AND SERVICE

  I hereby certify that on February 14, 2013, I electronically filed the foregoing *Motion for Pro Hac Vice Admission of Tod A. Lewis* using the ECF System which will send notification of such filing to all counsel of record.

                /s/ Scott D. Simpkins  _____
                One of the Attorneys for Plaintiff