UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE SIDING AND INSULATION CO. a/k/a THE ALUMINUM SIDING & INSULATION CO., INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br> v.<br><br>ALCO VENDING, INC.,<br><br>    Defendant. | Case No.: 1:11-cv-1060<br><br>Judge Lesley Wells<br><br>**MOTION FOR ADMISSION** ***PRO HAC VICE*** **OF JONATHAN B. PIPER** |

Pursuant to Local Rule 83.5(h), Plaintiff, The Siding and Insulation Co., by and through counsel, hereby moves this Honorable Court to admit Jonathan B. Piper *pro hac vice* to the United States District court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Piper's contact information is as follows:

> Jonathan B. Piper
> Bock & Hatch, LLC
> 134 N. La Salle St., Ste. 1000
> Chicago, IL 60602
> Telephone: 312-658-5500
> Fax: 312-658-5555
> Email: jon@bockhatchllc.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Jonathan B. Piper.

WHEREFORE, Jonathan B. Piper is an attorney in good standing and sufficient experience to conduct himself with acumen in the United States District

Court for the Northern District of Ohio and Plaintiff, The Siding and Insulation Co., hereby moves for the admission of Jonathan B. Piper *pro hac vice*.

    Respectfully submitted,
/s/ Scott D. Simpkins  _____
Scott D. Simpkins (0066775)
CLIMACO, WILCOX, PECA,
TARANTINO & GAROFOLICO, L.P.A.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216-621-8484
Facsimile: 216-771-1632

Phillip A. Bock
Jonathan B. Piper
BOCK & HATCH, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Facsimile: 312-658-5555

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Facsimile: 847-368-1501

*Attorneys for Plaintiff*

## CERTIFICATE OF E-FILING AND SERVICE

 I hereby certify that on March 6, 2013, I electronically filed the foregoing *Motion for Pro Hac Vice Admission of Jonathan B. Piper* using the ECF System which will send notification of such filing to all counsel of record.

            /s/ Scott D. Simpkins_____
            One of the Attorneys for Plaintiff