## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE SIDING AND INSULATION CO., etc. ) | CASE NO. 1:11CV01060 |
| ) | |
| Plaintiff ) | JUDGE LESLEY WELLS |
| ) | MAG. JUDGE NANCY VECCHIARELLI |
| -vs- ) | |
| ) | |
| ALCO VENDING, INC. ) | **MOTION FOR PRO HAC VICE** |
| ) | **ADMISSION** |
| Defendant ) | |
| ) | |

Now comes Defendant, Alco Vending, Inc., pursuant to Local Rule 83.5(h), and respectfully moves this Honorable Court for an order granting pro hac vice admission to attorney Eric Samore for this case.

Eric Samore was admitted to the practice of law in the State of Illinois on or about November 5, 1981, and is currently a member in good standing with the Supreme Court of Illinois. He is an attorney with the law firm of SmithAmundsen LLC, located at 150 North Michigan Avenue, Suite 3300, Chicago, Illinois 60601. He can be reached by telephone at 312-894-3200; fax at 312-894-3210; and email at samore@salawus.com. Attorney Samore's Affidavit, setting for the requirements of Local Rule 83.5(h), is attached hereto as Exhibit A.

Based upon the foregoing, Defendant, Alco Vending, Inc., respectfully requests that this Honorable Court grant pro hac vice admission to attorney Eric Samore for this case.

Respectfully submitted,

*s/Dennis R. Fogarty*
DENNIS R. FOGARTY (0055563)
**DAVIS & YOUNG**
1200 Fifth Third Building
600 Superior Avenue, East
Cleveland OH 44114-2654
(216) 348-1700 (T) * (216) 621-0602 (FAX)
dfogarty@davisyoung.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2013, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's system.

*s/Dennis R. Fogarty*
DENNIS R. FOGARTY (0055563)
Attorney for Defendant