# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THE SIDING AND INSULATION CO., | ) | CASE NO: 1:11-CV-01060 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | VECCHIARELLI |
| ALCO VENDING, INC., | ) | |
| | ) | |
| Defendant. | ) | **REPORT AND RECOMMENDATION** |
| | ) | **(Doc. No. 55)** |

This case is before the undersigned United States Magistrate Judge for the preparation of a Report and Recommendation on the motion for leave to cite a recent D.C. Circuit court order filed by Defendant Alco Vending, Inc., ("Defendant"). (Doc. No. 55.) Defendant requests leave to cite the order in further support of its motion for summary judgment. Because this Court has recommended that Defendant's motion for summary judgment be granted (Doc. No. 56), the Magistrate Judge recommends that Plaintiff's motion for leave to cite additional authority be DENIED as moot.

              s/ *Nancy A. Vecchiarelli*
              U.S. MAGISTRATE JUDGE

Date: February 6, 2014

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation.  28 U.S.C. § 636(b)(1).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).