J. Collins Reporting, LLC
222 West Coleman Boulevard
Suite 220
Mt. Pleasant, SC 29464
Phone (843) 881-8435 - Fax (866) 804-4577
www.jcollinsreporting.com



# Invoice

| Date | Invoice # |
|---|---|
| 12/8/2011 | 1610 |

| Bill To |
|---|
| SmithAmundsen, LLC |
| Eric L. Samore, Esq. |
| 150 North Michigan Avenue |
| Suite 3300 |
| Chicago, IL 60601 |

Tax Id# 26-0402071

| Case Caption | Date of Job/Hearing | Due Date | Case Number |
|---|---|---|---|
| GM Sign v Cirque | 11/14/11 | 1/7/2012 | 09 CV 7692 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Appearance | Appearance Fee - FIRST HOUR | 1 | 60.00 | 60.00 |
| Appearance | Appearance Fee - REMAINING TIME | 0.5 | 35.00 | 17.50 |
| Original + 1 | Original + 1 Copy Transcript of THE TELEPHONIC DEPOSITION OF ROBERT BIGGERSTAFF | 50 | 3.80 | 190.00 |
| Exhibit Copies | Exhibit copies, after the first 10 | 92 | 0.25 | 23.00 |
| Postage & Handling | Delivery of Transcripts and Exhibits | 1 | 15.00 | 15.00 |

A fee of 10% will accrue each month if payment has not been received by the "Due Date"

| | |
|---|---|
| Total | $305.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $305.50 |

LB