

# Diamond
### Reporting & Legal Video
SERVING THE LEGAL COMMUNITY SINCE 1980

MAY 28, 2015

DAVIS & YOUNG
1200 FIFTH THIRD CENTER
600 SUPERIOR AVENUE E.
CLEVELAND, OH 44114

ATTN: DENISE REDDY, ESQ

RE: INVOICE # 13042800101

Dear Ms. Reddy,

As the Director of our Client Relations Department I have extensive knowledge of Diamond Reporting's billing structure. Please be advised that I have reviewed the above referenced invoice, also attached for your convenience. "Original" transcripts for your firm are invoiced at $4.50 per page whether it is just the Original, Original and 1 copy or Original and 2 copies. There is no additional charge for copies to the ordering client, they are provided as a courtesy.

Please feel free to contact me for any additional information.

Thank you,

BETH ZYSBERG
DIRECTOR OF CLIENT RELATIONS
DIAMOND REPORTING & LEGAL VIDEO
(718) 624-0498

DEPOSITION CENTERS: Brooklyn ♦ Queens ♦ Manhattan ♦ Bronx ♦ Staten Island ♦ Mineola ♦ Melville ♦ White Plains ♦ Englewood Cliffs, NJ

16 Court Street, 9th Floor ♦ Brooklyn, NY 11241 ♦ Tel: 718.624.7200 ♦ 877.624.EBTS (3287) ♦ Fax: 718.855.1772
www.diamondreporting.com



**Diamond**
Reporting & Legal Video
T.877.624.3287 ♦ www.diamondreporting.com

DAVIS & YOUNG
1200 FIFTH THIRD CENTER
600 SUPERIOR AVENUE E.
CLEVELAND, OH 44114

DENNIS R. FOGARTY, ESQ.

THE SIDING AND INSULATION CO., VS ARCO VENDING, INC.,
FILE NO: 4202311

INVOICE NO.: 13042800101
INVOICE DATE: 5/8/2013

REPORTER:
ELEANOR PAULA KING

TAX ID #: 11-266-5545

BILLER ID: NL

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/28/2013 | DEPOSITION OF A NON-PARTY WITNESS, CAROLINE ABRAHAM 120PP | |
| | ORIGINAL & ONE COPY - YOUR CHARGE | 540.00 |
| | SUNDAY RATES APPLIED | 120.00 |
| | APPEARANCE (AM) YOUR CHARGE | 55.00 |
| | EXHIBITS - YOUR CHARGE | 5.50 |
| | DELIVERY & HANDLING | 20.00 |
| | SUB TOTAL | $740.50 |
| | PAID | $740.50 |
| | BALANCE DUE | $0.00 |

*THIS CASE HAS BEEN UPLOADED INTO*
*YOUR TRANSCRIPT REPOSITORY*
*THE DIAMOND VAULT*

\*\* PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS \*\*
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

ORIGINAL INVOICE
\*\*\*PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241\*\*\*

Make checks payable to: Diamond Reporting, Inc.

☒ Visa   ☒ MC   ☒ Amex   ☒ Discover   ☒ Check

Credit Card #: _____

Exp. Date: _____   Security Code: _____

Name on Card: _____

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Melville, Mineola, White Plains
• • • • • • • • • • •
New Jersey Office:
Englewood Cliffs