IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------- :
                                                     : CASE NO.  1:11 CV 01060
THE SIDING AND INSULATION CO.,                       :
                                                     :
                                      Plaintiff,     : ORDER ADOPTING THE
                                                     : MAGISTRATE JUDGE'S REPORT AND
               -vs-                                  : RECOMMENDATION
                                                     :
                                                     :
ALCO VENDING, INC.,                                  :
                                                     :
                                      Defendant.
---------------------------------------------------- 

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Before the Court is the report and recommendation of United States Magistrate Judge Nancy A. Vecchiarelli. The Magistrate Judge recommends that the amount of costs taxed against the plaintiff be reduced by $1,060.61 and that the defendant Alco Vending, Inc. be awarded costs in the amount of $3,457.55. Because no timely objections to the R&R have been filed pursuant to Local Rule 72.3, the report and recommendation is adopted in its entirety by this Court.

Costs taxed against the plaintiff are reduced by $1,060.61, and the defendant is accordingly awarded costs in the amount of $3,457.55.

IT IS SO ORDERED.

                                                   /s/ Lesley Wells
                                                  UNITED STATES DISTRICT JUDGE

Date:  24 August 2015