IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE SIDING AND INSULATION CO., etc. ) | CASE NO. 1:11CV01060 |
| ) | |
| Plaintiff ) | JUDGE LESLEY BROOKS WELLS |
| ) | MAG. JUDGE NANCY VECCHIARELLI |
| -vs- ) | |
| ) | |
| ALCO VENDING, INC. ) | **MOTION FOR PRO HAC VICE** |
| ) | **ADMISSION** |
| Defendant ) | |
| ) | |

NOW COMES Defendant, ALCO VENDING, INC., pursuant to Local Rule 83.5(h), and respectfully moves this Honorable Court for an order granting pro hac vice admission to attorney, Erin A. Walsh, for this case.

Erin A. Walsh was admitted to practice law in the State of Illinois on or about November 9, 2006, and is currently a member in good standing with the Supreme Court of Illinois. Her Illinois ARDC Registration Number is 6291003. She is an attorney with the law firm of SmithAmundsen LLC, located at 150 N. Michigan Avenue, Suite 3300, Chicago, Illinois 60601. She can be reached by telephone at (312) 894-3200, fax at (312) 894-3210, and email at Ewalsh@salawus.com. Attorney Walsh's Affidavit, setting forth the requirements of Local Rule 83.5(h), is attached hereto as Exhibit A.

Based upon the foregoing, Defendant, ALCO VENDING, INC., respectfully requests that this Honorable Court grant pro hac vice admission to attorney Erin A. Walsh for this case.

Respectfully submitted,

*/s/Dennis R. Fogarty*
DENNIS R. FOGARTY (0055563)
**DAVIS & YOUNG**
1200 Fifth Third Building
600 Superior Avenue, East
Cleveland OH 44114-2654
(216) 348-1700 (T) * (216) 621-0602 (FAX)
dfogarty@davisyoung.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, I electronically filed the foregoing *Motion for Pro Hac Vice Admission* using the ECF System which will sent notification of such filing to all counsel of record.

*/s/Dennis R. Fogarty*
DENNIS R. FOGARTY (0055563)
Attorney for Defendant