# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE SIDING AND INSULATION CO. a/k/a THE ALUMINUM SIDING & INSULATION CO., INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br><br>v.<br><br>ALCO VENDING, INC.,<br><br>        Defendant. | Case No.: 1:11-cv-1060<br><br>Judge Sara Lioi<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL J. COHEN** |

Pursuant to Local Rule 83.5(h), Plaintiff, The Siding and Insulation Co., by and through counsel, hereby moves this Honorable Court to admit Daniel J. Cohen *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Cohen's contact information is as follows:

Daniel J. Cohen
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Fax: 312-658-5555
Email: danieljaycohen209@gmail.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Daniel J. Cohen.

WHEREFORE, Daniel J. Cohen is an attorney in good standing and sufficient experience to conduct himself with acumen in the United States District

Court for the Northern District of Ohio and Plaintiff, The Siding and Insulation Co., hereby moves for the admission of Daniel J. Cohen *pro hac vice.*

        Respectfully submitted,
        /s/ Scott D. Simpkins
        Scott D. Simpkins (0066775)
        CLIMACO, WILCOX, PECA, TARANTINO &
        GAROFOLI CO., L.P.A.
        55 Public Square, Suite 1950
        Cleveland, OH 44113
        Telephone: 216-621-8484
        Facsimile: 216-771-1632

        Phillip A. Bock
        Jonathan B. Piper
        Tod A. Lewis
        Daniel J. Cohen
        BOCK, HATCH, LEWIS & OPPENHEIM, LLC
        134 N. La Salle St., Ste. 1000
        Chicago, IL 60602
        Telephone: 312-658-5500
        Facsimile: 312-658-5555

        Brian J. Wanca
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Rd., Ste. 500
        Rolling Meadows, IL 60008
        Telephone: 847-368-1500
        Facsimile: 847-368-1501

        *Attorneys for Plaintiff*

## CERTIFICATE OF E-FILING AND SERVICE

I hereby certify that on November 18, 2016, I electronically filed the foregoing *Motion for Pro Hac Vice Admission of Daniel J. Cohen* using the ECF System which will send notification of such filing to all counsel of record.

/s/ Scott D. Simpkins
One of the Attorneys for Plaintiff